IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAMIRO HERNANDEZ TOLEDO, and DANIELA HERNANDEZ TOLEDO, | 8:24CV124 |
| Plaintiffs, | |
| vs. | STATUS REPORT ORDER |
| KIKA SCOTT, Acting Director of the United States Citizenship and Immigration Services; and KRISTI NOEM, Secretary of the Department of Homeland Security; | |
| Defendants. | |

Defendants filed a Motion to Dismiss this case on July 18, 2024. (Filing No. 17.) Plaintiffs have not responded to the motion and have taken no further action in this case. The Court is preparing to issue a ruling. However, before it does so—given the lack of activity in this case since the Motion to Dismiss was filed—the Court would like to confirm that Plaintiffs still wish to pursue this action, or if the issues presented in this case have been resolved.

**IT IS ORDERED** that the parties shall **each** file a report advising as to the status of this case within 14 days of this Order. If Plaintiffs do not submit a status report, the Court will construe this silence as a representation that Plaintiffs no longer desire to pursue this case.

Dated this 4th day of September 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge