IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAMIRO HERNANDEZ TOLEDO, and DANIELA HERNANDEZ TOLEDO,<br><br>Plaintiffs,<br><br>vs.<br><br>KIKA SCOTT, Acting Director of the United States Citizenship and Immigration Services; and KRISTI NOEM, Secretary of the Department of Homeland Security;<br><br>Defendants. | 8:24CV124<br><br><br>ORDER OF DISMISSAL |

On September 4, 2025, the Court entered an order requiring each party to file a report on the status of this case within 14 days. (Filing No. 26.) The Court advised Plaintiffs that silence would be construed as a representation that Plaintiffs no longer desire to pursue this case. Plaintiffs have not submitted a report nor taken further action in this case. Per the September 4, 2025 order, the Court will construe Plaintiffs' silence as a representation that they no longer desire to pursue this case.

Accordingly,

**IT IS ORDERED** that this case is hereby dismissed without prejudice.

Dated this 22nd day of September, 2025.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge